**Carolyn WEAVER, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**WD 77729**

Missouri Court of Appeals, Western District.

ORDER FILED: November 25, 2014

Carolyn L. Weaver, North Fort Myers, FL, Appellant, pro se.

Ninion S. Riley, Jefferson City, MO, Attorney for Respondent.

Before Division II: Joseph M. Ellis, Presiding Judge, and Victor C. Howard and Mark D. Pfeiffer, Judges

## Order

Per Curiam:

Carolyn Weaver appeals from an order of the Labor and Industrial Relations Commission, affirming and adopting the decision of the Appeals Tribunal of the Division of Employment Security that Weaver was disqualified from receiving unemployment benefits because she left work voluntarily without good cause attributable to the work or to the employer. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).